UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVINCENT ALLAN-LELAND MCFARLIN, SR,

      Plaintiff,

v.

CITY OF WAYNE, *et al.*,

      Defendants.

_____/

Case No. 25-13832

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S MARCH 4, 2026
<u>REPORT AND RECOMMENDATION (ECF No. 16)</u>**

Currently before the court is Magistrate Judge David R. Grand's March 4, 2026, Report and Recommendation.  (ECF No. 16).  Magistrate Judge Grand recommends (1) merging this into Case No. 25-13789, which is a companion case; (2) denying Defendant's motion to dismiss without prejudice; and (3) in the event the parties are unable to resolve this matter or Case No. 25-13789, Plaintiffs must file a single amended complaint in Case No. 25-13789.  The deadline for the amended complaint was originally set for April 3, 2026.  However, the Magistrate Judge extended that deadline until April 21, 2026 in light of the parties advising

the court that a settlement proposal will be presented to City council on April 7, 2026.  *See* Text-Only entry dated 3/27/26.

The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 16) and **ORDERS** that (1) this case will be consolidated with Case No. 25-13789, which will be the lead case; (2) Defendant's motion to dismiss (ECF No. 6) is **DENIED** without prejudice; and (3) in the event the parties are unable to resolve this matter or Case No. 25-13789, Plaintiffs must file a single amended complaint in Case No. 25-13789 by April 21, 2026.

**SO ORDERED**.

Date: April 17, 2026                              s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge

2